**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1761**

STARSHA SEWELL,

Plaintiff – Appellant,

v.

AMERICAN EDUCATION SERVICES/PHEAA,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:15-cv-03076-DKC)

Submitted:  November 14, 2016      Decided:  November 16, 2016

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se.  Joseph Paul Esposito, Thomas
Clinton Goodhue, HUNTON & WILLIAMS, LLP, Washington, D.C., for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order dismissing this action raising various claims related to a default student loan. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. American Edu. Servs./PHEAA, No. 8:15-cv-03076-DKC (D. Md. June 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED